BENJAMIN B. WAGNER
United States Attorney
MEGAN A. S. RICHARDS
Special Assistant U.S. Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 1:12-CR-00012 DLB |
| Plaintiff, | MOTION AND ORDER TO RECALL WARRANT |
| v. | |
| ERIKA R. LUCIO, | |
| Defendant. | |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Megan A. S. Richards, Special Assistant United States Attorney, hereby moves to recall the bench warrant issued in the above matter, because the defendant is now in contact with her attorney and is in compliance with court probation.

BENJAMIN B. WAGNER
United States Attorney

Dated: May 16, 2013      By:     /s/ Megan A. S. Richards
                                 MEGAN A. S. RICHARDS
                                 Special Assistant U.S. Attorney

- 1 -                                          MOTION TO RECALL WARRANT
                                                     AND ORDER THEREON

ORDER

IT IS HEREBY ORDERED that the bench warrant issued to Erika R. Lucio in Case No. 1:12-cr-0012 be recalled in the interest of justice.

IT IS SO ORDERED.

Dated: **May 16, 2013**      /s/ *Barbara A. McAuliffe*
                             UNITED STATES MAGISTRATE JUDGE